JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BRUCE DWAIN COPELAND, | Case No. 2:22-cv-00275-MCS-MAA |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| U.S. BANK NATIONAL ASSOCIATION, GSAA HOME EQUITY TRUST 2006-12, ASSET BACKED CERTIFICATES, SERIES 2006-12; and DOES 1-10, | |
| Defendants. | |

1

Pursuant to the Court's Order Re: Motion to Dismiss and Motion for Judgment on the Pleadings, it is ordered, adjudged, and decreed that judgment is entered in favor of Defendant U.S. Bank National Association, GSAA Home Equity Trust 2006-12, Asset Backed Certificates, Series 2006-12, and against Plaintiff Bruce Dwain Copeland. The Complaint is dismissed with prejudice, and Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: September 19, 2022

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE